| | | |
|---|---|---|
| **CARMEN CLARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case: 1:26-cv-00758** |
| | ) | |
| **3600 CONDOMINIUM ASSOCIATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>MOTION FOR ENTRY OF CLERK'S DEFAULT</u>

**NOW COMES** Carmen Clark ("Plaintiff"), and pursuant to Fed. R. Civ. P. 55(a), seeking entry of a Clerk's default against 3600 Condominium Association ("Defendant"), and in support thereof, stating as follows:

1.      On January 23, 2026, Plaintiff, Carmen Clark, filed this action against Defendant, 3600 Condominium Association, seeking redress for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.* based on Defendant's misclassification of Plaintiff as an Independent contractor. Further, Plaintiff seeks redress under the Illinois Minimum Wage Law ("IMWL"), 820 ILCS 105/4 *et seq.* and the Illinois Wage Payment and Collection Act ("IWPCA"), 820 ILCS 115/ *et. seq*., for Defendant's failure to pay all earned wages, minimum wage for all hours worked, and final compensation to Plaintiff.

2.      On January 29, 2026, the summons was executed and served on Defendant's registered agent.

3.  The proof of service affidavit was filed with the Court on February 10, 2026.

4. Defendant's responsive pleading was due on or before February 19, 2026. Despite being duly served with Plaintiff's complaint, Defendant has failed to appear or otherwise respond to Plaintiff's complaint.

5. Pursuant to Fed. R. Civ. P. 55(a), Plaintiff is seeking the entry of a Clerk's default as a result of Defendant's failure to respond to Plaintiff's complaint.

**WHEREFORE**, Plaintiff respectfully requests the entry of Clerk's default against Defendant, and for any further relief the Court deems just and proper.

Dated: March 2, 2026                    Respectfully submitted,

*/s/ Sophia K. Steere*
**SOPHIA K. STEERE, ESQ.**
**NATHAN C. VOLHEIM, ESQ.**
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (331) 307-7634
Fax (630) 575-8188
ssteere@atlaslawcenter.com
nvolheim@atlaslawcenter.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March 2026, a true and correct copy of the foregoing has been provided electronically via CM/ECF, electronic mail, and/or via U.S. mail to all Parties of record.

*/s/ Sophia K. Steere*
**SOPHIA K. STEERE, ESQ.**