## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-00758 |
| v. | ) | |
| | ) | Hon. Georgia N. Alexakis |
| | ) | |
| 3600 CONDOMINIUM ASSOCIATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## <u>DECLARATION OF SABRINA GRECO</u>

I, Sabrina Greco, declare and state as follows:

1.      I am the Community Association Manager for the 3600 Condominium Association (the "Association"). All of the information set forth herein is based on my personal and first-hand knowledge.

2.      I received notice of the Summons and Complaint in the captioned case from Kovitz Shifrin Nesbit ("KSN"), which acts as the registered agent for the Association, but I mistakenly believed that the attorneys at KSN, who represent the Association in certain matters, would be responsible for handling the response. I therefore did not obtain counsel to respond to the Complaint in the Court within 21 days of service of the Summons and Complaint.

3.      On March 3, 2026, I received an e-mail from the law firm representing Carmen Clark, the Plaintiff in the captioned case, which reminded me of the lawsuit and prompted me to send the email to Kevin Kelly of Troutman Pepper Locke LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2026.

Sabrina Greco