## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Carmen Clark

                    Plaintiff,

v.                                     Case No.: 1:26–cv–00758
                                     Honorable Georgia N. Alexakis

3600 Condominium Association

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2026:

      MINUTE entry before the Honorable Jeannice W. Appenteng: This case has been referred for discovery supervision and settlement [20], [21]. The Court has reviewed the parties' initial joint status report [19] and adopts their proposed schedule as follows: Rule 26(a)(1) disclosures are due by 4/13/2026 initial written discovery shall be served by 5/29/2026; fact discovery closes 12/2/2026. The parties shall diligently and cooperatively proceed with discovery to meet these deadlines. The parties are reminded of their duty to meet and confer under Local Rule 37.2 before filing any discovery motions with the Court. By 6/5/2026, the parties shall file a joint status report setting forth what discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention. The parties are advised that they may contact this Court's courtroom deputy if at any point they are mutually interested in scheduling a settlement conference with the Court. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.