**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **CARMEN CLARK,** | ) |
| | ) |
| **Plaintiff,** | ) **Case : 1:26-cv-00758** |
| | ) |
| **v.** | ) |
| | ) **Jury Trial Demanded** |
| | ) |
| **3600 CONDOMINIUM ASSOCIATION,** | ) |
| | ) |
| **Defendant.** | |

## STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated between Carmen Clark ("Plaintiff") and 3600 Condominium Association ("Defendant") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 13th day of May, 2026.

AGREED TO BY:

| | |
|---|---|
| **/s/ *Sophia K. Steere*** | **/s/ *Amar Shabeeb (With Consent)*** |
| Sophia K. Steere, Esq. | Amar Shabeeb, Esq. |
| Sulaiman Law Group, Ltd. | Kevin Kelly, Esq |
| 2500 S. Highland Avenue, Suite 200 | Troutman Pepper Locke |
| Lombard, IL 60148 | 111 South Wacker Drive, Suite 4100 |
| Phone (331) 307-7634 | Chicago, IL 60606 |
| ssteere@atlaslawcenter.com | Phone: (312) 759-5939 |
| *Attorney for Plaintiff* | Amar.Shabeeb@troutman.com |
| | Kevin.D.Kelly@troutman.com |
| | *Attorney of Defendant* |